UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUBWAY INTERNATIONAL B.V.,<br>Plaintiff, | CASE NO: 3:05cv1847 (PCD) |
| vs. | Date: January 12, 2006 |
| JUAN JOSE PENA GIRALDI,<br>Defendant | |

### MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully moves for an extension of time regarding the Order to Show Cause scheduled on or before January 12, 2006. We request this extension in order to perfect service on the Defendant, Juan Jose Pena Giraldi, at his Venezuela address. This is the first motion for extension of time.

Good cause exists to grant this motion, as the Defendant must be served in this matter according to the law of Venezuela. The legal requirements for service according to the law of the Venezuela are strict, and are relevant to this matter because the Plaintiff intends to seek enforcement of this Court's judgment in the courts of Venezuela. Thus, Plaintiff requests this extension in order to serve Defendant by proper means under Venezuelan law.

Therefore, Plaintiff requests that the Court grant this Motion for Extension of Time and allow Plaintiff twelve (12) weeks to prefect service upon the Defendant. For this purpose, an Order to Show Cause is attached hereto.

ORAL ARGUMENT NOT REQUESTED

PLAINTIFF,
SUBWAY INTERNATIONAL B.V.

BY _____
Kristin L. Corcoran, Attorney
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461

## **ORDER**

This Motion, having come before the court, is hereby GRANTED / DENIED.

_____
Judge / Assistant Clerk

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing has been served by E-File to the Clerk of the U.S. District Court, District of Connecticut, 141 Church Street, New Haven Connecticut 06510 and by Federal Express (Airbill No. 8563 2769 8222) to Juan Jose Pena Giraldi at Piso 5, Ofic 520, CCCT 1era Etapa, Chuao Caracas, Venezuela this 12th day of January, 2006.

Kristin L. Corcoran, Attorney
CT 13892
Doctor's Associates Inc.
325 Bic Drive
Milford, CT 06461
(203) 877-4281

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| *SUBWAY INTERNATIONAL B.V.,*<br>    Plaintiff,<br>    vs.<br>*JUAN JOSE PENA GIRALDI,*<br>    Defendants | CASE NO: 3:05cv1847 (PCD)<br><br>Date: January 12, 2006 |

### ORDER TO SHOW CAUSE

The Plaintiff herein, Subway International B.V., an international franchisor of SUBWAY® sandwich shops, having filed an Application to Confirm an Arbitration Award under 9 U.S.C. § 9, it is hereby

ORDERED that Defendant show cause on or before _____, 2006, why said motion should not be granted, and it is further

ORDERED, that service by Plaintiff of this Order to Show Cause on or before _____, 2006 be deemed sufficient service.

The failure by Defendant to respond to this Order by the above deadline shall constitute sufficient cause for granting said motion.

SO ORDERED.

Dated At New Haven, Connecticut, _____, 2006.

_____
Judge / Clerk